IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEONA WILLCOCKSON and
NICHOLAS CORTEZ ADDISON                                        PLAINTIFFS

v.                                    No. 3:15-cv-154-DPM-BD

JOEY MARTIN                                                    DEFENDANT

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes).  Addison's official-capacity claim

against Martin is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2015