IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEONA WILLCOCKSON and
NICHOLAS CORTEZ ADDISON                                      PLAINTIFFS

v.                          No. 3:15-cv-154-DPM-BD

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                              DEFENDANT

ORDER

Unopposed recommendation, № 21, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Willcockson's claims are dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

11 August 2015