IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                              PLAINTIFF

v.                                      No. 3:15-cv-154-DPM-BD

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                                     DEFENDANT

### ORDER

On *de novo* review, the Court adopts the recommendation, № 30, and overrules Martin's objections, № 31. FED. R. CIV. P. 72(b)(3). Martin's motion to dismiss, № 22, is denied without prejudice. His exhaustion-related exhibits, № 22-1 & 22-2, should accompany a motion rather than an objection.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 September 2015