IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                        PLAINTIFF

v.                          No. 3:15-cv-154-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                              DEFENDANT

## ORDER

Unopposed recommendation, № 40, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Martin's motion for summary judgment, № 33, is granted. Addison's claims will be dismissed without prejudice for failure to exhaust.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2016