IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEONA WILLCOCKSON and
NICHOLAS CORTEZ ADDISON                                              PLAINTIFFS

v.                          No. 3:15-cv-154-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                      DEFENDANT

## JUDGMENT

Willcockson and Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2016